IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER WILLIAM
MANIKOWSKI,

      Petitioner,

v.                          Case No. 5:16cv161-MW/EMT

SECRETARY DEPARTMENT
OF CORRECTIONS,

      Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 31, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 34.[1]  Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No.1, is **DENIED**. A Certificate of

---

[1] This Court recognizes that there are some typographical errors but chooses not to correct those errors.  For example, on page 53 of the report and recommendation, "State" is misspelled as "Sate."  Such minor and infrequent errors are inconsequential and do not warrant further comment.

Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on December 11, 2018.**

<u>s/ MARK E. WALKER</u>
**Chief United States District Judge**